# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1640. L. LIN WOOD et al. v. NICOLE WADE et al.

In this civil action, the trial court entered a final judgment of $9,661,177 in favor of the plaintiffs. The trial court later denied L. Lin Wood's motion for judgment notwithstanding the verdict/motion for new trial.[1] The plaintiffs moved for supersedeas bond, which the trial court granted on November 5, 2025. On November 12, 2025, Wood filed a motion for reconsideration, which the trial court denied on December 8, 2025. Wood then filed a notice of appeal on December 9, 2025. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739(4) (734 SE2d 560) (2012). In this case, Wood did not file his notice of appeal until 34 days after the court's November 5 order. And though Wood filed his appeal within 30 days of the order denying his motion for reconsideration, the denial of such a motion is not subject to direct appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181(1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, the filing of a motion for reconsideration does not toll the time for filing a direct appeal. *Ferguson*, 282 Ga. at 181(1); see *Harned v. Piedmont Healthcare Found., Inc.*, 356 Ga. App. 870, 872 (849 SE2d 726) (2020) ("It is well settled that motions for reconsideration do not toll the

---

[1] The appeal for this order is docketed in Case No. A26A1639.

time period for filing a notice of appeal.").

Accordingly, Wood's failure to file a timely notice of appeal as to the November 5 supersedeas order deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/13/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*